UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| VASILII VISTROVSCHI, | ) | CASE NO. 22-07942 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, October 14, 2022, at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee for Rule 2004 Exam of Debtor**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 731 2971** and the password is **587656.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                        */s/ M. Gretchen Silver*
                                        M. Gretchen Silver, Trial Attorney
                                        Office of the United States Trustee
                                        219 South Dearborn, Room 873
                                        Chicago, Illinois  60604
                                        (312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, certify that on October 3, 2022, I caused to be served copies of the **Motion of the United States Trustee for Rule 2004 Exam of Debtor** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

- **Frank J Kokoszka**   trustee@k-jlaw.com, fkokoszka@ecf.axosfs.com
- **Frank J Kokoszka**   fkokoszka@k-jlaw.com, admin@k-jlaw.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **David M Siegel**   davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**Parties Served via First Class Mail:**

Vasilii Vistrovschi
500 Redondo Drive, #406
Downers Grove, IL 60516

VW Credit Inc.
14841 Dallas Parkway Suite 425
Dallas, TX 75254

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| VASILII VISTROVSCHI, | ) | CASE NO. 22-07942 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |
| | ) | |

**MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR**

Now comes Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and moves the Court to enter an order authorizing discovery from Vasilii Vistrovschi (the "Debtor") pursuant to Fed. R. Bankr. P. 2004. As his reasons for this request, the U.S. Trustee states to the Court as follows:

1. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Bankruptcy Rule 9013-9.

2. Movant is the U.S. Trustee and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On July 16, 2022, the Debtor, represented by David M. Siegel of David M. Siegel & Associates, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. On or about that same day, Frank J. Kokoszka was appointed the Chapter 7 Trustee in the Debtor's case.

4. The last date to object to the Debtor's discharge under § 727 or to file a motion to dismiss this case under § 707 is October 14, 2022.

5. The Debtor has primarily non-consumer debt. According to Schedule E/F, the Debtor has $1,370,195 in non-priority unsecured debt. Schedule A/B lists no real property and

personal property totaling $20,715 which includes a 2012 Ford Focus valued at $3,700 and a 2018 Ducati Diavel ("vehicle") valued at $12,000.

6. On September 13, 2022, a Reaffirmation Agreement with VW Credit Inc. was filed for Debtor's 2017 Ducati Diavel C. *See* Docket No. 13.

7. According to the Reaffirmation Agreement, Debtor is "making more money now" to be able to afford the $308.38 monthly expense payment for the 2017 Ducati Diavel motorcycle.

8. Debtor's Schedule I lists $2,083 in gross monthly income as a driver for Trucking Empire. Debtor's non-filing spouse lists $3,031 in gross monthly business income and $900 in monthly income from "Smart Invest".

9. On September 30, 2022, the Chapter 7 Trustee filed an Initial Report of Assets.

10. The U.S. Trustee is reviewing the Debtor's case to evaluate the accuracy and completeness of her Schedules, Statement of Financial Affairs, and testimony at the 341 Meeting. In order to determine whether there may be a basis to object to the Debtor's discharge under 11 U.S.C. § 727(a) the U.S. Trustee needs to elicit discovery from the Debtor under Fed. R. Bankr. P. 2004(c), including the production of documents and attendance at an examination, if necessary.

**WHEREFORE,** the U.S. Trustee requests the Court enter an order authorizing the U.S. Trustee to conduct discovery of the Debtor pursuant to Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: October 3, 2022       By:    /s/ M. Gretchen Silver
                                    M. Gretchen Silver, Trial Attorney
                                    Office of the United States Trustee
                                    219 South Dearborn, Room 873
                                    Chicago, Illinois  60604
                                    (312) 353-5054