**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 22-07942 JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|
| Case Name: | Vasilii Vistrovschi | | | Date Filed (f) or Converted (c): | 07/16/2022 (f) |
| | | | | 341(a) Meeting Date: | 08/15/2022 |
| For Period Ending: | 09/30/2022 | | | Claims Bar Date: | 01/03/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Ford Focus Mileage: 105,000 | 3,700.00 | 1,300.00 | | 0.00 | FA |
| 2. 2018 Ducati Diavel Mileage: 3,000 Ducati Financial Secured Lien $8,098.00  Subject to a secured lien of $6100.00 | 12,000.00 | 15,300.00 | | 0.00 | 15,300.00 |
| 3. Household Goods & Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Tv & Electronics | 700.00 | 0.00 | | 0.00 | FA |
| 5. Normal Everyday Clothes | 875.00 | 0.00 | | 0.00 | FA |
| 6. Dog | 25.00 | 0.00 | | 0.00 | FA |
| 7. Bank Of America | 30.00 | 0.00 | | 0.00 | 30.00 |
| 8. Pnc Bank | 600.00 | 0.00 | | 0.00 | 600.00 |
| 9. Pnc Bank | 4.00 | 0.00 | | 0.00 | 4.00 |
| 10. Ameritrade Crypto Currency | 1,781.00 | 140.00 | | 0.00 | 1,781.00 |

TOTALS (Excluding Unknown Values)  $20,715.00  $16,740.00  $0.00  $17,715.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a Motion for the Turnover of the Ducati Duval. Trustee is investigating other assets. - Frank J. Kokoszka 10/4/2022
Trustee has filed a Motion to Sell the Debtor's Motorcycle.  - Frank J. Kokoszka 10/23/2022

Initial Projected Date of Final Report (TFR): 01/31/2024    Current Projected Date of Final Report (TFR): 01/31/2024

Trustee Signature:    /s/ Frank J. Kokoszka, Trustee    Date: 10/31/2022

Frank J. Kokoszka, Trustee
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com
(312)443-9600
trustee@k-jlaw.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 22-07942 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Vasilii Vistrovschi | Bank Name: | |
| | | Account Number/CD#: | |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $0.00   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Frank J. Kokoszka, Trustee    Date: 10/31/2022

Frank J. Kokoszka, Trustee
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com
(312)443-9600
trustee@k-jlaw.com

Page Subtotals:   $0.00   $0.00