## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Vasilli Vistrovschi, | ) | CASE NO. 22-07942 |
| | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday December 23, 2022 |
| Debtor. | ) | Time:  10:00 a.m. |
| | ) | |

### NOTICE OF MOTION

TO: See attached list

**PLEASE TAKE NOTICE** that on **December 23, 2022 at 10:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse**, at **219 South Dearborn Street, Chicago, IL 60604** or **electronically** as described below and present the **TRUSTEE'S SECOND ROUTINE MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS TO OBJECT TO DISCHARGE PURSUANT TO CODE SECTION 727**, a copy of which is attached.

All parties in interest, including the movant, may appear for presentment of the motion either in person or electronically using Zoom for Government.

**You may appear electronically by video or telephone.**

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting and ID password. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. This meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Frank J. Kokoszka

# CERTIFICATE OF SERVICE

I, Frank J. Kokoszka, hereby certify that on **December 8, 2022**, a true and correct copy of the Chapter 7 Trustee's **SECOND ROUTINE MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS TO OBJECT TO DISCHARGE PURSUANT TO CODE SECTION 727** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, including Debtor's counsel and the Office of the U.S. Trustee on December 8, 2022.

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

David M Siegel on behalf of Debtor 1 Vasilii Vistrovschi
davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

M. Gretchen Silver on behalf of U.S. Trustee Patrick S Layng
ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov

**22-07942 Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

VW Credit, Inc.
14841 Dallas Parkway Suite 425
Dallas, TX 75254

Dated: December 8, 2022

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603
(312) 443-9600 phone
(312) 254-3156 fax; fkokoszka@k-jlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 22-02315 |
| Vasilii Vistrovschi, | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, DECEMBER 23, 2022 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | |

**TRUSTEE'S SECOND ROUTINE MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS TO OBJECT TO DISCHARGE PURSUANT TO CODE SECTION 727**

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9013-9, Frank J. Kokoszka, as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Vasilii Vistrovschi ("Debtor"), by his attorneys, hereby applies to this Honorable Court to extend the deadline for the Trustee to file any complaints to object to discharge pursuant to Bankruptcy Code section 727, and in support thereof, states as follow:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the Case and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. Debtor commenced this case on July 16, 2022 (the "Petition Date") by filing a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code"). Frank J. Kokoszka was appointed as the chapter 7 trustee herein and continues to serve as the duly appointed Trustee.

4. The Initial Meeting of Creditors was scheduled for and held on August 15, 2022. The Trustee and creditors requested documents from the Debtor and the Meeting of Creditors was continued to September 19, 2022. Since the Debtor did not produce all the requested documents, the Meeting was once again continued until October 17, 2022.

5. On or about November 2, 2022, the Debtor produced documents that were responsive to the Trustee's Requests.

6. Recently, Debtor's Counsel informed the Trustee that the Debtor would be producing additional documents to the Trustee. The Trustee will require additional time to review these documents and complete his investigation of the Debtor.

7. The current deadline for the Trustee to file any complaints objecting to discharge is set for December 16, 2022. This Motion is being filed prior to the expiration of this deadline.

8. The Trustee must be given an opportunity to complete the investigation of the Debtor before making a decision on whether or not to object to the Debtor's Discharge. The Trustee requests that the Deadline for the Trustee to file a complaint objecting to Discharge be continued to February 13, 2023.

WHEREFORE, for the reasons set forth above, the Chapter 7 Trustee respectfully requests that this Court enter an Order extending the deadline for the Trustee to file any complaints objecting to the Debtor's discharge to February 13, 2023 and grant such further relief as is proper and necessary.

Respectfully submitted,

Dated: December 8, 2022

By: /s/ *Frank J. Kokoszka*
Frank J. Kokoszka,
Counsel for the Chapter 7 Trustee

Frank J. Kokoszka, Esq. ARDC #6201436
KOKOSZKA & JANCZUR, P.C.; 19 South LaSalle Street, Suite 1201; Chicago, IL 60603
(312) 443-9600 phone; (312) 254-3156 fax ; fkokoszka@k-jlaw.com