# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Vasilli Vistrovschi, | ) | CASE NO. 22-07942 |
| | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, January 6, 2023 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | |

## NOTICE OF MOTION

TO: See attached list

**PLEASE TAKE NOTICE** that on **Friday January 6, 2023 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse**, at **219 South Dearborn Street, Chicago, IL 60604** or **electronically** as described below and present the **TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF ANNA HOLUBOVSKA**, a copy of which is attached.

**All parties in interest, including the movant, may appear for presentment of the motion either in person or electronically using Zoom for Government.**

**You may appear electronically by video or telephone.**

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting and ID password. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password. **Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. This meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201; Chicago, Illinois 60603
(312) 443-9600 phone; (312) 254-3156 fax; fkokoszka@k-jlaw.com

## CERTIFICATE OF SERVICE

I, Frank J. Kokoszka, hereby certify that on **December 21, 2022**, a true and correct copy of the Chapter 7 Trustee's **MOTION FOR RULE 2004 EXAMINATION OF ANNA HOLUBOVSKA** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, including Debtor's counsel and the Office of the U.S. Trustee and via U.S. Mail to those set forth below on December 21, 2022.

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

David M Siegel on behalf of Debtor 1 Vasilii Vistrovschi
davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

M. Gretchen Silver on behalf of U.S. Trustee Patrick S Layng
ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov

**VIA US Mail:**
Anna Holubovska
500 Redondo Drive, Apt. 406
Downers Grove, IL. 60516

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

VW Credit, Inc.
14841 Dallas Parkway Suite 425
Dallas, TX 75254

Dated: December 21, 2022

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.; 19 South LaSalle Street, Suite 1201; Chicago, Illinois 60603
(312) 443-9600 phone; (312) 254-3156 fax; fkokoszka@k-jlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 22-07942 |
| Vasilii Vistrovschi, | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, January 6, 202 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | |

**TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF ANNA HOLUBOVSKA**

Frank J. Kokoszka, as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Vasilii Vistrovschi ("Debtor"), by his attorneys, hereby moves this Honorable Court, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and the local rules for the U.S. Bankruptcy Court for the Northern District of Illinois, for leave to examine **ANNA HOLUBOVSKA** and to conduct discovery pursuant to Bankruptcy Rule 2004 including the request for production of documents and if necessary the issuance of subpoena. In support thereof, Trustee states as follows:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the Case and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. Debtor commenced this case on July 16, 2022 (the "Petition Date") by filing a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy

Code"). Frank J. Kokoszka was appointed as the chapter 7 trustee herein and continues to serve as the duly appointed Trustee.

4. The Initial Meeting of Creditors was scheduled for and held on August 15, 2022. The Trustee and creditors requested documents from the Debtor and the Meeting of Creditors was continued to September 19, 2022. Since the Debtor did not produce all the requested documents, the Meeting was once again continued until October 17, 2022.

5. Both the Trustee and U.S. Trustee are currently investigating the financial and business affairs of the Debtor.

6. Recently, on December 19, 2022, the Debtor filed an Amended Statement of Financial Affairs (Docket Entry # 50). The Amended Statement discloses that within two years of the Petition Date, the Debtor transferred $172,250.00 to a bank account owned by Anna Holubovska, and also transferred $10,000.00 cash to Anna Holubovska.

7. Bankruptcy Rule 2004 provides, in pertinent part, that "the court may order the examination of any entity…The examination of any entity under this rule…may relate only to the acts, conducts, or property or to the liabilities and financial condition of the debtor or to the debtor's right to a discharge. …"

8. It is necessary for the proper administration of the Estate for the Trustee to conduct an examination of Anna Holubovska and to obtain any documents within the possession and/or control of Anna Holubovska pertaining to the Debtor's acts, conducts, or property or to the liabilities and financial condition of the debtor or to the Debtor's right to discharge.

WHEREFORE, Frank J. Kokoszka, as chapter 7 trustee, respectfully moves this Honorable Court to enter the proposed Order and grant him leave to examine Anna Holubovska

pursuant to Bankruptcy Rule 2004 and to conduct discovery including the request for production of documents and records and if necessary issuance of subpoena, and grant such other and further relief as this Court deems proper and necessary.

                                        Respectfully submitted,

Dated: December 21, 2022                     By: /s/ *Frank J. Kokoszka*
                                                          Frank J. Kokoszka, Counsel for
                                                           the Chapter 7 Trustee

Frank J. Kokoszka, Esq. ARDC #6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, IL 60603
(312) 443-9600 phone
(312) 254-3156 fax
fkokoszka@k-jlaw.com