UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 22-07942
)
VASILII VISTROVSCHI, )
) Chapter: 7
) Honorable Janet S. Baer
)
)
Debtor(s) )

**Order Granting Trustee's Motion for Rule 2004 Examination of Anna Holubovska**

This matter coming before the Court on the chapter 7 trustee's Motion for Rule 2004 Examination of Anna Holubovska (the "Motion"), due notice having been given to all parties entitled thereto, both counsel for the trustee and counsel for Anna Holubovska (the "Respondent") having appeared before the Court at the hearing on the Motion that was held on January 6, 2023, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Motion is granted as set forth herein;

2) The trustee is authorized to proceed with discovery of Anna Holubovska pursuant to Bankruptcy Rule 2004, beginning first with written discovery, before the scheduling of any oral examination; and

3) Any oral examination of Anna Holubovska will be scheduled for a date agreeable to counsel for the trustee and counsel for the Respondent.

Enter:

*/s/ Janet S. Baer*

United States Bankruptcy Judge

Dated: January 17, 2023

**Prepared by:**
Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603

Rev: 20130103_bko