## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Vasilii Vistrovschi | ) | CASE NO. 22-07942 |
| | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday April 28, 2023 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | |

### NOTICE OF MOTION

TO: See attached list

**PLEASE TAKE NOTICE** that on **Friday April 28, 2023 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse**, at **219 South Dearborn Street, Chicago, IL 60604** or **electronically** as described below and present the **TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE AND BOOKS & RECORDS**, a copy of which is attached.

**All parties in interest, including the movant, may appear for presentment of the motion either in person or electronically using Zoom for Government.**

**You may appear electronically by video or telephone.**

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting and ID password. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. This meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Frank J. Kokoszka

## **CERTIFICATE OF SERVICE**

      I, Frank J. Kokoszka, hereby certify that on April 7, 2023, a true and correct copy of the Chapter 7 Trustee's **MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE AND BOOKS & RECORDS** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, including Debtor's counsel and the Office of the U.S. Trustee on April 7, 2023.

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

David M Siegel on behalf of Debtor 1 Vasilii Vistrovschi
davidsiegelbk@gmail.com, R41057@notify.bestcase.com; johnellmannlaw@gmail.com

M. Gretchen Silver on behalf of U.S. Trustee Patrick S Layng
ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Vasilii Vistrovschi
500 REDONDO DRIVE, #406
DOWNERS GROVE, IL  60516

Vasilii Vistrovschi
2803 Henley Lane
Naperville, IL 60540

V.W. Credit, Inc.
14841 Dallas Parkway, Suite 425
Dallas Texas 75254
Consumer7@nationalbankrupcy.com


Dated: April 7, 2023

                                                  /s/ Frank J. Kokoszka
                                                  Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436); Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201; Chicago, Illinois 60603
(312) 443-9600 phone; (312) 254-3156 fax; fkokoszka@k-jlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 22-07942 |
| Vasilii Vistrovschi, | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, April 28, 2023 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | Appear by Zoom or Room 615 |

**TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER
PROPERTY OF THE ESTATE AND BOOKS & RECORDS TO THE TRUSTEE**

Pursuant to 11 U.S.C. §§ 521(4) and Fed. R. Bankr. P. 7001, Frank J. Kokoszka, as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Vasilii Vistrovschi ("Debtor"), by his attorneys, hereby requests entry of an order compelling the Debtor to turnover to the Trustee Property of the Estate, specifically a) the Ameritrade Account; b) the VAS And Sons Corp Account; and, c) the Books & Records pertaining to the Debtor's disclosures in his Amended Statement of Financial Affairs that he transferred funds to his estranged wife, Anna Holubovska. In support thereof, the Trustee states as follows:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the US District Court for the ND of Illinois.

2. Venue of the Case and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. Debtor commenced this case on July 16, 2022 (the "Petition Date") by filing a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy

Code"). Frank J. Kokoszka was appointed as the chapter 7 trustee herein and continues to serve as the duly appointed Trustee.

4. The Initial Meeting of Creditors was scheduled for and held on August 15, 2022. The Trustee and creditors requested documents from the Debtor and the Meeting of Creditors was continued to September 19, 2022. Since the Debtor did not produce all the requested documents, the Meeting was once again continued until October 17, 2022.

### A. Ameritrade Account

5. The Debtor produced documentation that shortly after the Petition Date, on July 27, 2022, he transferred $13,000.00 into his Ameritrade Account. It is the Trustee's assertion that the $13,000.00 and the Debtor's Ameritrade Account are Property of the Estate. The Trustee has requested that the debtor voluntarily turn over the $13,000.00 from the Ameritrade Account to the Trustee, but the Debtor has failed to do so.

### B. VAS AND SONS CORP

6. Shortly after the Petition Date, on July 28, 2022, the Debtor incorporated VAS AND SONS Corp. On July 29, 2022, the Debtor caused the amount of $5,335.00 to be transferred into the "VAS AND SONS Corp" checking account at PNC Bank. The Trustee asserts that the $5,335.00 transferred into the "VAS AND SONS Corp" checking account constitutes Property of the Estate. The Trustee has requested that the Debtor voluntarily turn over the $5335.00 from the VAS And Son Account to the Trustee, but the Debtor has failed to do so.

### C. TRANSFERS TO ANNA HOLUBOVSKA

7. On December 19, 2022, the Debtor filed his Amended Statement of Financial Affairs (Docket Entry #50).

8. In his Amended Statement of Financial Affairs, the Debtor disclosed that on

August 21, 2020, he made two transfers to his then wife, Anna Holubovska, one in the amount of $172,250.00 and another for $10,000.00. The Trustee has requested all documentation in relation to these transfers. The Debtor has failed to provide any documentation relating to these transfers.

9. Pursuant to Bankruptcy Code section 521(4), "the Debtor shall-…surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate…"

10. The Trustee requests an Order requiring the Debtor to turn over to the Trustee the $13,000.00 from the Ameritrade Account; the $5335.00 from the VAS And Son Account; and all books and records pertaining to the transfers to Anna Holubovska.

WHEREFORE, for the reasons set forth above, the Chapter 7 Trustee respectfully requests that this Court enter an Order compelling the Debtor to turnover to the Trustee the $13,000.00 from the Ameritrade Account; the $5335.00 from the VAS And Son Account; and all books and records pertaining to the transfers to Anna Holubovska and grant such further relief as is proper and necessary.

Respectfully submitted,

Dated: April 7, 2023

By: /s/ *Frank J. Kokoszka*
Counsel for the Trustee

Frank J. Kokoszka, Esq. ARDC #6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street
Suite 1201
Chicago, IL 60603
(312) 443-9600 phone
fkokoszka@k-jlaw.com