# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 22-07942 |
| | ) | |
| Vasilii Vistrovschi, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

## NOTICE OF MOTION

TO:  See attached Service List

PLEASE TAKE NOTICE that on June 30, 2023, at 11:00 am, I will appear before the Honorable Janet S. Baer, or any other judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Motion to Withdraw as Attorney for Debtor**, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID.** The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**. The meeting ID and further information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:    /s/  John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 19, 2023, at or before 5:00 pm.

/s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Frank Kokoszka, Ch. 7 Trustee

Gretchen Silver on behalf of U.S. Trustee Patrick S. Layng

*To the following persons or entities who were served via regular U.S. Mail:*

Vasilii Vistrovschi
2803 Henley Lane
Naperville, IL  60540

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 22-07942 |
| | ) | |
| Vasilii Vistrovschi, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

## MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

NOW COME the Attorneys for Debtors, DAVID M. SIEGEL & ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On July 16, 2022, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 under Title 11 USC and Frank Kokoszka was appointed Trustee in this case.

3. There exists a lack of effective communication between the Debtor and counsel which makes representation impracticable.

4. The Attorneys for Debtor, including David M. Siegel, John J. Ellmann, and any other Attorneys for Debtor working for David M. Siegel & Associates, LLC, unnamed herein, seek to withdraw from this representation pursuant to Local Bankruptcy Rule 2091-1.

5. The Debtor will not be unduly prejudiced if counsel is allowed to withdraw from this representation.

WHEREFORE, the Attorneys for Debtor, including David M. Siegel and John J. Ellmann, respectfully request that this Honorable Court grant the motion to Withdraw as Attorney for Debtor, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

DAVID M. SIEGEL & ASSOCIATES, LLC        /s/ John J. Ellmann
790 Chaddick Drive
Wheeling, IL  60090                                         John J. Ellmann, A.R.D.C. #6257894
847/ 520-8100                                                  Attorney for the Debtor(s)
davidsiegelbk@gmail.com